UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

COLLEEN MARIE WILKINSON,

    Plaintiff,

v.                                        Case No. 8:22-cv-2495-TPB-MRM

FEDERAL ELECTION
COMMISSION, et al.,

    Defendants.
_____/

## ORDER DISMISSING CASE

        This matter is before the Court *sua sponte*.  Plaintiff previously filed a frivolous lawsuit related to the 2020 election.  On October 22, 2022, District Judge William F. Jung dismissed that case after concluding that it was patently frivolous, and any amendment would be futile.  *See Wilkinson v. Federal Election Commission*, No. 8:20-cv-2461-WFJ-JSS (M.D. Fla. Oct. 22, 2020).  As Judge Jung explained in his order dismissing that case,

> The case is dismissed with prejudice as non-justiciable and frivolous. Plaintiff seeks to run for President, presumably now, and wishes to be given $20 million in federal funding to run her campaign. She states that her Vice Presidential running mate will be her service dog, Delta. The complaint fails to state a cause of action and is not susceptible to cure.

        Plaintiff has now filed a new lawsuit, on November 2, 2022, either seeking a re-do of the 2020 election so that she can run for President, or seeking to run for President in the midterm election on November 8, 2022.  She wishes to be given $20 million in federal funding to run her campaign.  She states that her mother would be her vice president since Delta, her service animal, was "discriminated against" in the earlier

case. Although the complaint is largely incomprehensible, she also appears to complain that "the United States Corporation should be held responsible for thirteen thousand one hundred and forty counts of negligence, abuse, slavery, discrimination, and attempted murder against the plaintiff out of retaliation for being a whistleblower […]."

The complaint fails to state any cause of action. It is patently frivolous on its face, and any amendment would be futile. As such, this case is dismissed with prejudice, without leave to amend. **Plaintiff is warned that if she continues to file frivolous cases here or in any other courts, she may be subject to sanctions pursuant to Federal Rule of Civil Procedure 11(c), including monetary sanctions or injunctive relief directing the Clerk to not accept future filings by Plaintiff without first obtaining prior leave of the Court.**

Accordingly, it is

**ORDERED**, **ADJUDGED**, and **DECREED**:

1) This case is **DISMISSED WITH PREJUDICE**.

2) The Clerk is directed to terminate any pending motions and deadlines, and thereafter close this case.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, on this <u>4th</u> day of November, 2022.

                                                **TOM BARBER**
                                                **UNITED STATES DISTRICT JUDGE**